**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 297-4903**

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES MAGISTRATE JUDGE | UNITED STATES COURT HOUSE<br>NEWARK, NJ 07101-0999 |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

September 5, 2008

Michael J. Barrie, Esquire
Schnader, Harrison, Segal
& Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Thomas M. Madden, Esquire
Hack, Piro, O'Day, Merklinger,
Wallace & McKenna, Esquires
30 Columbia Turnpike, PO Box 941
Florham Park, New Jersey 07932-0941

        Re: Liberty Property Limited Partnership v.s.
           Middough Consulting Inc.
           Civil Action No. 08-1989 (JBS)

Dear Counsel:

 *ALAN G. LESNEWICH, ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. Your attention is directed to that rule, together with the accompanying Guidelines for Mediation.

 The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and _ex parte_ basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should _not_ be submitted to the mediator unless specifically requested.

 Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

           **SO ORDERED**

          s/ Madeline Cox Arleo
          United States Magistrate Judge

*Alan G. Lesnewich, Esquire
Fisher and Phillips, LLP
430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050